E-FILED
Thursday, 04 September, 2008 10:39:23 AM
Clerk, U.S. District Court, ILCD

AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA

V.

Thaddeus N. Brewer

**WARRANT FOR ARREST**

Case Number: 08-3050-m

FILED
SEP 03 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Thaddeus N. Brewer

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

possession of a controlled substance with intent to distribute

in violation of Title  21  United States Code, Section(s)  841(a)(1) and 841(b)(1)(B)

s/ Byron G. Cudmore

Byron G. Cudmore
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

8/29/08  Spfld IL 62701
Date and Location

US MARSHALS SERVICE
CENTRAL ILLINOIS
2008 AUG 29 P 3:49
RECEIVED

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Quincy, IL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-29-08 | SA Chris McGuire | [signature] |
| DATE OF ARREST | | |
| 9-2-08 | | |